UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVAREZ-HUERTA,<br><br>                      Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD LYONS, acting Director of U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; SIRCE OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; and PAMELA BONDI, U.S. Attorney General,<br><br>                      Respondents. | Case No.: 25-cv-3476-JES-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 5]** |

    Before the Court is the parties' Joint Motion to Dismiss Petitioner Jose Alvarez-Huerta's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, signed by counsel for Petitioner and Respondents and filed with this Court on December 11, 2025.

1

1  ECF No. 5.  Good cause appearing, the motion is **GRANTED**. The Clerk of the Court is
2  directed to close this case.
3       **IT IS SO ORDERED.**
4
5  Dated: December 12, 2025

Honorable James E. Simmons Jr.
United States District Judge